# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00408-CV

**Thomas Suehs, in his Official Capacity as Executive Director of the Texas Health and Human Services Commission, Appellant**

**v.**

**Alpharma USPD, now known as Actavis Mid Atlantic LLC and Purepac Pharmaceutical Co., now known as Actavis Elizabeth LLC, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. D-1-GN-11-001082, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Thomas Suehs, in his official capacity as Executive Director of the Texas Health and Human Services Commission, has filed an agreed motion to abate this appeal pending consummation of settlement. Accordingly, we grant the motion and abate the appeal for 90 days from the date of this order or until further order of this Court. All appellate deadlines will be tolled during the period of abatement. Absent further order of this Court, this appeal will be automatically reinstated after the 90 day period.

_____
Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Abated

Filed:   December 30, 2011